UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FREDDIE LEE BROWN, JR.,**<br><br>                Plaintiff,<br><br>     v.<br><br>**CASCADE MANAGEMENT, INC.,**<br><br>                Defendant. | CASE NO. 3:15-CV-1585-HZ<br><br>VERDICT FORM |

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

1. Has Plaintiff proved by a preponderance of the evidence that Plaintiff's race was the sole reason for the Defendant's decision to discharge Plaintiff?

    _____ Yes     \_\_X\_\_ No

    If Yes, answer Question No. 5. If No, answer Question No. 2.

2. Has Plaintiff proved by a preponderance of the evidence that Plaintiff's race was a motivating factor in Defendant's decision to discharge Plaintiff?

    _____ Yes     \_\_X\_\_ No

    If Yes, answer Question No. 3. If No, answer Question No. 5.

3. Has Defendant proved by a preponderance of the evidence that Defendant's decision to discharge Plaintiff was also motivated by a lawful reason?

    _____ Yes     _____ No

    If Yes, answer Question No. 4. If No, answer Question No. 5.

Verdict Form – Page 1

4.  Has Defendant proved by a preponderance of the evidence that it would have made the same decision to discharge Plaintiff even if Plaintiff's race played no role in Defendant's decision to discharge him?

    _____ Yes        _____ No

    Answer Question No. 5.

5.  Has Plaintiff proved by a preponderance of the evidence that Plaintiff was subject to a racially hostile work environment by Defendant?

    __X__ Yes        _____ No

    Answer Question No. 6.

6.  Has Plaintiff proved by a preponderance of the evidence that he was terminated in retaliation by Defendant?

    _____ Yes        __X__ No

Answer Questions 7 and 8 if you answered Yes to **any** of the following questions: 1, 5, and 6. <u>Also</u>, answer Questions 7 and 8 if you answered Yes to Question 2 and No to Question 3. <u>Also</u>, answer Questions 7 and 8 if you answered Yes to Questions 2 and 3 and No to Question 4.

Sign and date the verdict form if you answered No to **all** of the following Questions: 1, 2, 5, and 6. <u>Also</u>, sign and date the verdict form if you answered No to Questions 1, 5, and 6, and yes to Question 4.

7.  What are Plaintiff's damages?

    Non-economic damages   $ _200,000.00_

8.  Do you award punitive damages against Defendant?

    __X__ Yes        _____ No

If you answered yes to Question No. 8, answer Question No. 9. If you answered no to Question No. 8, sign and date this Verdict Form.

**Verdict Form – Page 2**

9. What amount of punitive damages do you award against Defendant?

   Punitive Damages   $ 125,000.00

The Presiding Juror should sign and date this Verdict Form.

DATED this __25th__ day of October, 2017.

Presiding Juror

Verdict Form – Page 3